UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEMIRE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HORIZON THERAPEUTICS USA, INC.<br><br>　　　　　Defendant. | CASE NO. 2:23-cv-00724-KJM-DB<br><br>**ORDER ON STIPULATED MOTION FOR ADMINISTRATIVE RELIEF FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADINGS**<br><br>Judge Kimberly J. Mueller<br>Courtroom 3, 15th Floor |

On May 10, 2023, Plaintiff Maria Lemire and Defendant Horizon Therapeutics USA, Inc. filed a Motion for Administrative Relief requesting an extension of time for Defendant to file its response to Plaintiff's Complaint.

Having considered the stipulated Motion, and good cause appearing, the Court hereby GRANTS the Parties' Motion for Administrative Relief, and extends Defendant's response deadline to **June 29, 2023**. IT IS SO ORDERED.

Dated:  May 16, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION FOR ADMINISTRATIVE RELIEF FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADINGS