Filed date: 6/14/2023
Presiding Judge: Thomas M. Durkin
Magistrate Judge: M. David Weisman
Lead Case No. 23-cv-3568
NF

Case 2:23-cv-00724-KJM-DB   Document 6   Filed 06/14/23   Page 1 of 2

FILED
6/14/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
NF

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TEPEZZA MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION


FILED
Jun 14, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MDL No. 3079

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On June 2, 2023, the Panel transferred 4 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Thomas M. Durkin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Durkin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of June 2, 2023, and, with the consent of that court, assigned to the Honorable Thomas M. Durkin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 14, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

IN RE: TEPEZZA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

MDL No. 3079

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | **ARIZONA** | | | |
| 1:23-cv-03758 | AZ | 2 | 23−00605 | Baldwin v. Horizon Therapeutics USA Incorporated |
| 1:23-cv-03759 | **CALIFORNIA EASTERN** | | | |
| | CAE | 2 | 23−00724 | Lemire v. Horizon Therapeutics USA, Inc. |
| 1:23-cv-03760 | **OHIO SOUTHERN** | | | |
| | OHS | 2 | 23−01705 | McMullen v. Horizon Therapeutics USA, Inc. |